UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MAK U 4 2013

DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA  : Hon. Douglas E. Arpert

          :

   v.       : Mag. No. 12-2574 (DEA)

          :

CAROL KOUNITZ,    :

STEPHANIE LIMA,    :

MARK BETHEA, and   : CONTINUANCE ORDER

EUGENE BROWN,    :

 a/k/a "Raheem"    :

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Eric W. Moran and Matthew J. Skahill, Assistant U.S. Attorneys), and the above captioned defendants through their attorneys, for an order granting a continuance of the proceedings in the above-captioned matter, and each of the above captioned defendants and their attorneys having represented to the Government their intention to enter a guilty plea to charges contained in an Information, and each of the above captioned defendants having signed a plea agreement, and each of the above captioned defendants and their attorneys and the Government having represented that additional time is needed to finalize a pre-indictment resolution to the conduct charged in the criminal complaint including scheduling these matters before a United States District Judge; and each defendant being aware that he or she has the right to have the matter submitted to a grand jury within thirty days of the date of his or her initial appearance pursuant to Title 18, United States Code, Section 3161(b); and each defendant, whose attorney has signed below, having consented to the continuance and waived such right; and this being the fourth continuance sought by the parties, and for good cause shown;

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Each defendant, whose attorney has signed below, through his or her counsel, has requested additional time to finalize a pre-indictment resolution to the conduct charged in the criminal complaint;

(2) The United States and the defendant have jointly represented that the parties desire additional time to finalize a pre-indictment resolution to this matter, which would render any subsequent trial of this matter unnecessary; and

(3) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 5th day of March, 2013,

ORDERED that this action be, and it hereby is, continued from the date this order is signed through and including April 5, 2013; and it is further

ORDERED that the period from the date this order is signed through and including April 5, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. DOUGLAS E. ARPERT
United States Magistrate Judge

Form and entry
consented to:

Eric W. Moran
Matthew J. Skahill
Assistant U.S. Attorneys

John Holliday, Esq.
Counsel for Carol Kounitz

Paul W. Norris, Esq.
Counsel for Stephanie Lima

Kim Augustus Otis, Esq.
Counsel for Mark Bethea

Bruce Throckmorton, Esq.
Counsel for Eugene Brown

Form and entry
consented to:


_____
Eric W. Moran
Matthew J. Skahill
Assistant U.S. Attorneys



_____
John Holliday, Esq.
Counsel for Carol Kounitz


_____
Paul W. Norris, Esq.
Counsel for Stephanie Lima



_____
Kim Augustus Otis, Esq.
Counsel for Mark Bethea



_____
Bruce Throckmorton, Esq.
Counsel for Eugene Brown

Form and entry
consented to:


_____
Eric W. Moran
Matthew J. Skahill
Assistant U.S. Attorneys


_____
John Holliday, Esq.
Counsel for Carol Kounitz


_____
Paul W. Norris, Esq.
Counsel for Stephanie Lima

_____
Kim Augustus Otis, Esq.
Counsel for Mark Bethea


_____
Bruce Throckmorton, Esq.
Counsel for Eugene Brown

Form and entry
consented to:

_____
Eric W. Moran
Matthew J. Skahill
Assistant U.S. Attorneys

_____
John Holliday, Esq.
Counsel for Carol Kounitz

_____
Paul W. Norris, Esq.
Counsel for Stephanie Lima

_____
Kim Augustus Otis, Esq.
Counsel for Mark Bethea

_____
Bruce Throckmorton, Esq.
Counsel for Eugene Brown